UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr-96-TJC-PDB
18 U.S.C. § 922(g)(1)

MAR'KEISE BATES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a Firearm by a Convicted Felon)**

On or about March 3, 2025, in the Middle District of Florida, the defendant,

MAR'KEISE BATES,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, that is:

1. Felony Battery, on or about June 5, 2013;

2. Robbery, on or about January 14, 2016;

3. Aggravated Battery upon a Pregnant Female (Domestic), on or about January 14, 2016;

4. Sale of Cocaine, on or about January 16, 2019; and

5. Possession of a Controlled Substance, on or about July 7, 2022;

did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Beretta M9 9mm semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  The property to be forfeited includes, but is not limited to, the following:

    a.  Beretta M9 9mm semi-automatic pistol, S/N M9101425.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE,
United States Attorney

By: _____
KELLI A. SWANEY
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
4/23/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MAR'KEISE BATES

INDICTMENT

Violations: Ct. 1: 18 U.S.C §§ 922(g)(1) & 924(a)(8)

A true bill,

_____
Foreperson

Filed in open court this 30th day of April 2025.

_____Barbara Ketnernl._____
Clerk

Bail   $_____

GPO 863 525